# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 21, 2026

*By the Court:*

| | IN RE: |
|---|---|
| No. 25-8031 | UNION PACIFIC RAILROAD COMPANY, Petitioner |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-00153 Northern District of Illinois, Eastern Division District Judge Jorge L. Alonso | |

The following are before the court:

1.  **PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on November 7, 2025, by counsel for the petitioner.

2.  **RESPONSE IN OPPOSITION TO PETITION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on November 24, 2025, by counsel for the respondents.

3.  **DEFENDANT-PETITIONER'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on November 26, 2025, by counsel for the petitioner.

**IT IS ORDERED** that the petition for permission to appeal is **GRANTED**. The petitioner shall pay the required docket fees to the clerk of the district court within fourteen days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit